UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALPHONSO SYVILLE,<br><br>      Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK; MAYOR BILL DE BLASIO; UNKNOWN, DIRECTOR OF DEPARTMENT OF HOMELESS SERVICES; STEVEN BANKS, COMMISSIONER OF DEPARTMENT OF SOCIAL SERVICES; OXIRIS BARBOT, NYC HEALTH COMMISSIONER,<br><br>      Defendants. | 20-CV-5495 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 9, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 20-CV-4633 (PGG). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 9, 2020
     New York, New York

                       COLLEEN McMAHON
                       Chief United States District Judge